**No. 55857.**—Allied Food Corp. of Am. et al. *v.* United States, protests 152251–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.